# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. _____ |
| v. : | |
| : | 26 U.S.C. § 7202 |
| KEVIN BERTRAM, : | |
| Defendant. : | |

## INFORMATION

The United States charges that:

KEVIN BERTRAM, a resident of the District of Columbia, operated a business under the name Distributive Networks, LLC, with its principal place of business in the District of Columbia. Beginning with the fourth quarter of 2007, ending December 31, 2007, and continuing through the second quarter of 2009, ending June 30, 2009, he deducted and collected from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes. From on or about January 31, 2008 through on or about July 31, 2009, in the District of Columbia and elsewhere, KEVIN BERTRAM did willfully fail to pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld and due and owing to the United States America for the fourth quarter of 2007 through the second quarter of 2009.

In violation of Title 26, United States Code, Section 7202.

LARRY J. WSZALEK
Acting Deputy Assistant Attorney General
Department of Justice, Tax Division

By: *Melissa Siskind*
Melissa S. Siskind (DC Bar # 984681)
Jeffrey A. McLellan (DC Bar # 484017)

11924088.2

Trial Attorneys
Department of Justice, Tax Division
601 D Street, NW
Washington, DC 20004
(202) 305-4144
melissa.s.siskind@usdoj.gov

11924088.2